## UNITED STATES *v.* ALUMINUM CO. OF AMERICA ET AL.

No. 271.   Decided October 23, 1967.

*Solicitor General Marshall, Ralph S. Spritzer, Assistant Attorney General Turner, Robert A. Hammond III* and *Howard E. Shapiro* for the United States.

*Herbert A. Bergson, Howard Adler, Jr., Donald L. Hardison* and *William K. Unverzagt* for appellees.

Per Curiam.

Upon consideration of the joint suggestion of mootness and motion to vacate, the judgment of the District Court of January 20, 1967, is vacated as moot and the case is remanded for further proceedings.

Mr. Justice Marshall took no part in the consideration or decision of this case.